No. 423. ROYAL CADILLAC SERVICE, INC. ET AL. v. UNITED STATES ET AL. November 9, 1942. *Per Curiam:* The motions to affirm are granted and the judgment is affirmed, it appearing that the only substantial question raised by the appeal—whether under § 206 (a) of the Interstate Commerce Act, 49 U. S. C., § 306 (a), appellants may lawfully

continue operation until the determination by the Commission of their application for a certificate of public convenience and necessity—has become moot because of the denial of such application by the Interstate Commerce Commission on September 16, 1942. *Mr. George H. Rosen* for appellants. *Solicitor General Fahy* and *Mr. Daniel W. Knowlton* for the United States et al.; *Mr. Henry P. Goldstein* for the Mountain Transit Corporation; and *Mr. James F. X. O'Brien* for the Hudson Transit Lines,—appellees.